**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| OMAR MEDINA ALEJANDRO, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 22-0392 (UNA) |
| UNITED STATES PRESIDENT, | ) ) ) | |
| Defendant. | ) ) | |

**MEMORANDUM OPINION**

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and his *pro se* civil complaint. The Court will grant the application and dismiss the complaint.

A *pro se* litigant's pleadings are held to less stringent standards than the standard applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8 of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense

and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Although difficult to follow, the thrust of the complaint appears to be that the current and former Presidents of the United States have breached a unilateral contract with plaintiff, prompting plaintiff to file lawsuits to force the Presidents to honor their commitments to him. *See* Compl. at 7-8 (page numbers designated by CM/ECF). The nature of these commitments is not clear.

As drafted, plaintiff's complaint fails to comply with the minimal pleading standard set forth in Rule 8(a). Plaintiff neither states a basis for this Court's jurisdiction nor sets forth a short and plain statement of claim. Furthermore, plaintiff articulates no basis for an award of $99,999,999. 99. The Court will, accordingly, grant the application to proceed *in forma pauperis* and dismiss the complaint without prejudice.

A separate order will issue.

DATE: March 9, 2022                                /s/
                                                   AMIT P. MEHTA
                                                   United States District Judge